1  MICHAEL D. BRUNO (SBN 166805)
   NICOLE C. HARVAT (SBN 200469)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendant
6  MARKETBAR CAFÉ PARTNERS, L.P.

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13
   MACHADO ARRENDONDO,                 )   **CASE NO. 07 CV 03174 JCS**
14                                     )
              Plaintiff,                )
15                                     )   **NOTICE OF APPEARANCE**
        v.                              )
16                                     )
   MARKETBAR CAFÉ PARTNERS, L.P.,      )
17                                     )
              Defendant.                )
18                                     )
                                       )
19                                     )
                                       )
20                                     )

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that the undersigned attorney is of the law offices of Gordon &

23  Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel

24  for Defendant, MARKETBAR CAFÉ PARTNERS, L.P., in this matter, and requests that copies

25  of all briefs, motions, orders, correspondence and other papers to be electronically served upon:

26  ///

27  ///

28

-1-
NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | Michael D. Bruno |
| 2 | MBruno@gordonrees.com<br>GORDON & REES LLP |
| 3 | 275 Battery Street, 20th Floor<br>San Francisco, CA 94111 |
| 4 | Phone:  415-986-5900<br>Fax:  415-986-8054 |

Dated:  July 24, 2007                                    GORDON & REES LLP

By:   /s/ Michael D. Bruno
MICHAEL D. BRUNO
Attorneys for Defendant
MARKETBAR CAFÉ PARTNERS, L.P.