MICHAEL D. BRUNO (SBN 166805)
NICOLE C. HARVAT (SBN 200469)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
MARKETBAR CAFÉ PARTNERS, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHADO ARRENDONDO,<br><br>Plaintiff,<br><br>v.<br><br>MARKETBAR CAFÉ PARTNERS, L.P.,<br><br>Defendant. | **CASE NO. 07 CV 03174 JCS**<br><br>**DEFENDANT MARKETBAR CAFÉ PARTNERS, L.P.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR CIVIL RIGHTS VIOLATIONS**<br><br>Case Filed: June 15, 2007<br><br>Presiding Judge: Hon. Joseph C. Spero |

Defendant MARKETBAR CAFÉ PARTNERS, L.P. ("DEFENDANT") HEREBY answers Plaintiff MACHADO ARREDONDO'S ("PLAINTIFF") Complaint For Damages and Injunctive Relief for Civil Rights Violations as follows and demands a jury trial as follows:

**NATURE OF THIS ACTION**

1. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 1 and on that basis, denies them.

2. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 2 and on that basis, denies them.

**JURISDICTION AND VENUE**

3. DEFENDANT does not have sufficient information at this time to either admit or

deny the allegations contained in Paragraph 3 and on that basis, denies them.

4. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 4 and on that basis, denies them.

5. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 5 and on that basis, denies them.

**PARTIES**

6. DEFENDANT admits that it was a limited partnership organized and existing under the laws of the State of California, but denies all other allegations contained in Paragraph 6

7. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 7 and on that basis, denies them.

8. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 8 and on that basis, denies them.

9. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 9 and on that basis, denies them.

10. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 10 and on that basis, denies them.

11. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 11 and on that basis, denies them.

12. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 12 and on that basis, denies them.

13. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 13 and on that basis, denies them.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

14. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 14 and on that basis, denies them.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

15. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 15 and on that basis, denies them.

16. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 16 and on that basis, denies them.

17. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 17 and on that basis, denies them.

18. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 18 and on that basis, denies them.

19. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 19 and on that basis, denies them.

20. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 20 and on that basis, denies them.

21. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 21 and on that basis, denies them.

22. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 22 and on that basis, denies them.

23. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 23 and on that basis, denies them.

24. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 24 and on that basis, denies them.

25. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 25 and on that basis, denies them.

26. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 26 and on that basis, denies them.

27. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 27 and on that basis, denies them.

28. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 28 and on that basis, denies them.

29. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 29 and on that basis, denies them.

30. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 30 and on that basis, denies them.

31. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 31 and on that basis, denies them.

32. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 32 and on that basis, denies them.

**FIRST CLAIM FOR RELIEF**

(Interference – FMLA - 29 U.S.C. § 2615(a)(1))

33. There are no material allegations contained in Paragraph 33.

34. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 34 and on that basis, denies them.

35. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 35 and on that basis, denies them.

36. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 36 and on that basis, denies them.

37. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 37 and on that basis, denies them.

38. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 38 and on that basis, denies them.

39. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 39 and on that basis, denies them.

40. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 40 and on that basis, denies them.

41. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 41 and on that basis, denies them.

42. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 42 and on that basis, denies them.

43. DEFENDANT does not have sufficient information at this time to either admit or

deny the allegations contained in Paragraph 43 and on that basis, denies them.

44. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 44 and on that basis, denies them.

45. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 45 and on that basis, denies them.

46. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 46 and on that basis, denies them.

47. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 47 and on that basis, denies them.

48. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 48 and on that basis, denies them.

49. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 49 and on that basis, denies them.

**SECOND CLAIM FOR RELIEF**
(Discrimination - FMLA - 29 U.S.C. § 2615(a)(2))

50. There are no material allegations contained in Paragraph 50.

51. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 51 and on that basis, denies them.

52. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 52 and on that basis, denies them.

53. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 53 and on that basis, denies them.

54. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 54 and on that basis, denies them.

55. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 55 and on that basis, denies them.

56. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 56 and on that basis, denies them.

57. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 57 and on that basis, denies them.

58. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 58 and on that basis, denies them.

**THIRD CLAIM FOR RELIEF**
(Refusal to Grant Leave – CFRA – Cal. Gov. Code § 12945.2(a))

59. There are no material allegations contained in Paragraph 59.

60. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 60 and on that basis, denies them.

61. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 61 and on that basis, denies them.

62. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 62 and on that basis, denies them.

63. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 63 and on that basis, denies them.

64. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 64 and on that basis, denies them.

65. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 65 and on that basis, denies them.

66. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 66 and on that basis, denies them.

67. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 67 and on that basis, denies them.

68. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 68 and on that basis, denies them.

69. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 69 and on that basis, denies them.

70. DEFENDANT does not have sufficient information at this time to either admit or

deny the allegations contained in Paragraph 70 and on that basis, denies them.

71. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 71 and on that basis, denies them.

**FOURTH CLAIM FOR RELIEF**

(Discharge, Failure to Reinstate, Refusal to Rehire, Discrimination, and Retaliation – CFRA – Cal. Gov. Code § 12945.2(l); Cal. Code Regs. tit. 2 § 7297.7)

72. There are no material allegations contained in Paragraph 72.

73. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 73 and on that basis, denies them.

74. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 74 and on that basis, denies them.

75. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 75 and on that basis, denies them.

76. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 76 and on that basis, denies them.

77. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 77 and on that basis, denies them.

78. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 78 and on that basis, denies them.

79. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 79 and on that basis, denies them.

80. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 80 and on that basis, denies them.

81. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 81 and on that basis, denies them.

82. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 82 and on that basis, denies them.

**FIFTH CLAIM FOR RELIEF**
(Age Discrimination – ADEA – 29 U.S.C. § 621 *et seq.*)

83. There are no material allegations contained in Paragraph 83.

84. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 84 and on that basis, denies them.

85. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 85 and on that basis, denies them.

86. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 86 and on that basis, denies them.

87. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 87 and on that basis, denies them.

88. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 88 and on that basis, denies them.

89. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 89 and on that basis, denies them.

90. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 90 and on that basis, denies them.

91. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 91 and on that basis, denies them.

**SIXTH CLAIM FOR RELIEF**
(Age Discrimination – FEHA – Cal. Gov. Code § 12900 *et seq.*)

92. There are no material allegations contained in Paragraph 92.

93. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 93 and on that basis, denies them.

94. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 94 and on that basis, denies them.

95. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 95 and on that basis, denies them.

96. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 96 and on that basis, denies them.

97. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 97 and on that basis, denies them.

98. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 98 and on that basis, denies them.

99. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 99 and on that basis, denies them.

100. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 100 and on that basis, denies them.

**SEVENTH CLAIM FOR RELIEF**
(Failure to Prevent Discrimination – FEHA – Cal. Gov. Code § 12940(k))

101. There are no material allegations contained in Paragraph 101.

102. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 102 and on that basis, denies them.

103. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 103 and on that basis, denies them.

104. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 104 and on that basis, denies them.

105. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 105 and on that basis, denies them.

106. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 106 and on that basis, denies them.

107. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 107 and on that basis, denies them.

**EIGHTH CLAIM FOR RELIEF**
(Constructive/Wrongful Termination in Violation of Public Policy)

108. There are no material allegations contained in Paragraph 108.

109. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 109 and on that basis, denies them.

110. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 110 and on that basis, denies them.

111. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 111 and on that basis, denies them.

112. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 112 and on that basis, denies them.

113. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 113 and on that basis, denies them.

114. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 114 and on that basis, denies them.

**DECLARATORY RELIEF ACTIONS**

115. There are no material allegations contained in Paragraph 115.

116. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 116 and on that basis, denies them.

**INJUNCTIVE RELIEF ALLEGATIONS**

117. There are no material allegations contained in Paragraph 117.

118. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 118 and on that basis, denies them.

119. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 119 and on that basis, denies them.

120. DEFENDANT does not have sufficient information at this time to either admit or deny the allegations contained in Paragraph 120 and on that basis, denies them.

**PRAYER**

121. To the extent that there are any material allegations contained in PLAINTIFF'S Prayer for Relief, DEFENDANT does not have sufficient information at this time to either admit or deny those allegations and on that basis, denies them.

**AFFIRMATIVE DEFENSES**

DEFENDANT also asserts the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

PLAINTIFF'S Complaint fails to state facts sufficient to constitute a valid claim for relief against this answering DEFENDANT.

**SECOND AFFIRMATIVE DEFENSE**

PLAINTIFF'S Complaint and the purported claims for relief set forth therein are barred by the applicable statutes of limitations.

**THIRD AFFIRMATIVE DEFENSE**

DEFENDANT alleges that its actions were reasonable in response to a legitimate business necessity.

**FOURTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that its conduct was at all times reasonable, in complete good faith, based upon good cause, and undertaken pursuant to the terms of the applicable laws and regulations.

**FIFTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that PLAINTIFF has not used reasonable care and diligence to mitigate her damages, if any.

**SIXTH AFFIRMATIVE DEFENSE**

DEFNDANT alleges that it exercised reasonable care to prevent and promptly correct discrimination and harassment against PLAINTIFF, if any there was, and that PLAINTIFF unreasonably failed to take advantage of preventative or corrective opportunities provided by this answering DEFENDANT or to otherwise avoid the harm.

**SEVENTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that PLAINTIFF'S Complaint is barred by the doctrine of laches.

**EIGHTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that it was justified or privileged in all of the actions it took.

**NINTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that PLAINTIFF'S Complaint is barred by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that PLAINTIFF'S Complaint is barred by the doctrine of estoppel and waiver.

**ELEVENTH AFFIRMATIVE DEFENSE**

To the extent that PLAINTIFF'S Complaint seeks punitive or exemplary damages, it violates DEFENDANT'S rights to protection from "excess fines" as provided in the Eighth Amendment of the United States Constitution and the Constitution of the State of California and it violates DEFENDANT'S rights to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution and the Constitution of the State of California, and therefore fails to state a cause of action supporting the punitive or exemplary damages claimed.

**TWELFTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that PLAINTIFF'S claims may not be maintained to the extent they exceed or differ from the allegations of an administrative charge filed with the appropriate administrative agency.

**THIRTEENTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that PLAINTIFF failed to provide a health care provider's certification for her need for leave.

**FOURTEENTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that PLAINTIFF was terminated for a legitimate business reason.

**FIFTEENTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that PLAINTIFF'S Complaint and each purported cause of action brought pursuant to the California Family Rights Act, Family Medical Leave Act, Title VII, or the Fair Employment and Housing Act is barred by Plaintiff's failure to timely exhaust her administrative remedies.

**SIXTEENTH AFFIRMATIVE DEFENSE**

DEFENDANT alleges that this action may be barred and/or DEFENDANT'S liability may be limited by after-acquired evidence of PLAINTIFF'S misconduct.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

To the extent that PLAINTIFF has suffered any symptoms of mental or emotional distress or injury, such symptoms are the result of a preexisting psychological or physical disorder or an alternative concurrent cause, and not the result of any act or omission of DEFENDANT.

**RESERVATION OF RIGHTS**

DEFENDANT reserves the right to allege other affirmative defenses as they may arise during the course of discovery.

**DEMAND FOR JURY TRIAL**

DEFENDANT hereby demands a trial by jury.

Dated: July 24, 2007

GORDON & REES LLP

By: /s/ Nicole C. Harvat____
NICOLE C. HARVAT
Attorneys for Defendant
MARKETBAR CAFÉ PARTNERS, L.P.