**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

July 25, 2007

**SECOND NOTICE**

Elizabeth Kristen
Legal Aid Society
600 Harrison Street, Suite 120
San Francisco, CA 94107

**Re:    MACHADO ARREDONDO  v. MARKETBAR CAFÉ PARTNERS**
C07-03174 (JCS)

Dear Counsel:

    This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **July 5, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

    Sincerely,

RICHARD W. WIEKING

*Karen L. Hom*
By: Karen L.Hom
    Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    MACHADO ARREDONDO,                        No.  C 07-03174 JCS
8              Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A
                                               UNITED STATES MAGISTRATE JUDGE**
9          v.
10   MARKETBAR CAFÉ PARTNERS,
11             Defendant(s).
12   _____/
13
14         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16   in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
17   Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
18   final judgment. Appeal from the judgment shall be taken directly to the United States Court of
19   Appeals for the Ninth Circuit
20
21   Dated: _____        _____
22                                               Signature
23                                               Counsel for _____
24                                               (Name or party or indicate "pro se")
25
26
27
28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MACHADO ARREDONDO,                               No.  C 07-03174 JCS

        Plaintiff(s),

  v.                                         **DECLINATION TO PROCEED BEFORE
                                            A MAGISTRATE JUDGE
                                            AND**
MARKETBAR CAFÉ PARTNERS,                    **REQUEST FOR REASSIGNMENT TO A
                                            UNITED STATES DISTRICT JUDGE**

        Defendant(s).

_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

     The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____        _____
                                       Signature

                                       Counsel for _____
                                       (Name or party or indicate "pro se")

3