UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MACHADO

                Plaintiff(s),

v.

MARKETBAR CAFÉ PARTNERS, LP

                Defendant(s).
_____/

Case No. 07 CV 03174 JCS

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

                                                                   [Party]
                                                                   Gordon & Rees LLP

Dated: August 31, 2007

                                                                   */s/ Alyson Cabrera*
                                                                  [Counsel]
                                                                  Alyson Cabrera, Attorneys
                                                                  for Marketbar Café Partners LP

American LegalNet, Inc.
www.USCourtForms.com