Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiff
Machado Arredondo

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHADO ARREDONDO,<br><br>    Plaintiff,<br><br>    v.<br><br>MARKETBAR CAFÉ PARTNERS, L.P.,<br><br>    Defendant. | Case No. C-07-03174 JCS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certify that as of this date, other than the named parties, no interest is known other than that of the named parties to this action.

Dated:   September 14, 2007

Respectfully submitted,

Elizabeth Kristen
Sharon Terman
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Page 1
CASE NO. C-07-03174 JCS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

By: /s/ Sharon Terman
Sharon Terman

Attorney for Plaintiff
MACHADO ARREDONDO