# CIVIL MINUTES

**Magistrate Judge Joseph C. Spero**     FTR 1:35-1:40 (5 min)
Date: **September 21,2007**

Case No: **C07- 3174 JCS**

Case Name: **Machado Arrrendondo v. Marketbar Cafe Partners**

Plaintiff  Attorney(s):Sharon Terman; Elizabeth Kirsten
Defendant Attorney(s):Van Nguyen

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                              **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**10-26-07 @ 1:30 p.m. for fur CMC. Discovery stayed to said date.

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
       [ ] Jury  [ ]  Court


Notes: ADR : Private mediation.



cc: Karen, Mary Ann(2), ADR