**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MACHADO ARREDONDO,                    Case No. C07-03174 JCS

        Plaintiff(s),
                                      **CASE MANAGEMENT AND
  v.                                  PRETRIAL ORDER**

MARKETBAR CAFÉ PARTNERS,

        Defendant(s).
_____/

    Following a case management conference held on **September 21, 2007,**

IT IS HEREBY ORDERED THAT:

  1.  Discovery is STAYED in this case until the next case management conference.

  2.  A further case management conference is set for **October 26, 2007, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: October 1, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge