# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-03174 JCS**

**CASE NAME:  MACHADO ARREDONDO v. MARKETBAR CAFÉ PARTNERS**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Oct. 26, 2007    **TIME: 2 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Sharon Terman | **COUNSEL FOR DEFENDANT:**<br>Nicole Harvat |

**PROCEEDINGS:**                                                           **RULING:**

1. Further Case Management Conference                    Held.

---

**ORDERED AFTER HEARING:**

Case settled.  Court will enter a conditional 90 day order of dismissal w/prejudice.

---

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**

---

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |

**Trial Date:**                at 8:30 a.m.  ()Jury     ()Court      Set for     days

---

cc:    Chambers; Karen

\* (T) = Telephonic Appearance