UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MACHADO ARREDONDO,             No. C 07-03174 JCS

    Plaintiff(s),

    v.                                         **ORDER OF DISMISSAL**

MARKETBAR CAFÉ PARTNERS,

    Defendant(s).
_____/

      The Court having been advised that the parties have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated: October 29, 2007                       _____
                                                             JOSEPH C. SPERO
                                                             United States Magistrate Judge